IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-357-FDW-DCK

| | |
|---|---|
| **JANICE GULLAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **COMPREHAB, INC., d/b/a COMPLEAT REHAB & SPORTS THERAPY CENTER,** | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Shalanna L. Pirtle, filed a "Certification Of Mediation Session" (Document No. 12) notifying the Court that the parties reached a settlement on September 22, 2022. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **October 21, 2022**.

**SO ORDERED**.

Signed: September 23, 2022

David C. Keesler
United States Magistrate Judge